UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| HASKELL JEFFERS | ) | |
| | ) | |
| v. | ) | NO. 2:06-CV-92 |
| | ) | |
| JO ANNE B. BARNHARDT, | ) | |
| Commissioner of Social Security | ) | |

## **O R D E R**

This Social Security matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. The plaintiff has filed objections to this report.

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, the Court concludes that the Magistrate Judge's findings of fact and conclusions of law are correct, and therefore, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, that the plaintiff's motion for judgment on the pleadings is **DENIED,** and that the defendant's motion for summary judgment is **GRANTED.** [Docs. 11, 12, and 15].

ENTER:

                                                      s/J. RONNIE GREER
                                       UNITED STATES DISTRICT JUDGE